

hib_5005tr (5/2014)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

**USDC HAWAII CASE**
**1:15-cv-00111-JMS-BMK**

*Debtor(s):* Joseph Dullas Sumbillo  Chapter 7  Case No. 11-01915

*Plaintiff(s):* ("et al." if multiple) Dane Field and Lucia Malit Sumbillo  A.P. No. 14-90052

*vs. Defendant(s):* ("et al." if multiple) Deutsche Bank National Trust Company

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

| Bankruptcy Judge's Recommendation to Withdraw Reference (Schedule Jury Trial) |

Suggested Cause of Action (District CM/ECF):

| 28:0157d (28:0157 Motion for Withdrawal of Reference) |

Suggested Nature of Suit (District CM/ECF):

| 423 (Bankruptcy Withdrawal) |

☒ Filing fee paid or no fee due.   ☐ Filing fee not paid.

| Party | Dane S. Field | Role | Plaintiff |
| Party | Lucia Malit Sumbillo | Role | Plaintiff |
| Party | Deutsche Bank National Trust Company | Role | Defendant |
| Party |  | Role |  |

☐ Additional parties   ☒ Docket sheet attached   ☐ Attorney list attached

Recommendation to District Court to Withdraw Reference to Conduct Jury Trial attached.

Dated: March 31, 2015   Michael B. Dowling, Clerk