IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>JOSEPH DULLAS SUMBILLO,<br><br>        Debtor.<br>_____<br>DANE S. FIELD and LUCIA MALIT SUMBILLO,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>        Defendant.<br>_____ | CIVIL NO. 15-00111 JMS-BMK<br><br>U.S. Bankruptcy Court-Hawaii<br>Case No. 11-01915<br><br>Adversary Proceeding No. 14-90052<br><br>ORDER ADOPTING THE RECOMMENDATION TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL |

## ORDER ADOPTING THE RECOMMENDATION TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL

On March 31, 2015, following confirmation that the parties intend to proceed to a jury trial, United States Bankruptcy Judge Robert J. Faris recommended that this court withdraw the reference of this adversary proceeding to conduct a jury trial. Doc. No. 1, Recommendation to District Court to Withdraw Reference to Conduct Jury Trial at 2. Judge Faris further recommended that this case remain in the bankruptcy court for all other purposes until sixty days prior to the trial date in order to facilitate a prompt resolution of this matter and

permit him to set meaningful deadlines for the completion of all pretrial matters. *Id.*

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the Recommendation to District Court to Withdraw Reference to Conduct Jury Trial is ADOPTED.

Magistrate Judge Kurren shall issue a Scheduling Order setting a trial date and deadlines for trial-related submissions. Judge Faris shall retain jurisdiction for all other purposes until sixty days prior to the trial date to facilitate prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 2, 2015.



   /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*In re: Joseph Dullas Sumbillo, Debtor/Dane S. Field, et al. v. Deutsche Bank Nat'l Trust Co.*, Civ. No. 15-00111 JMS-BMK, Order Adopting the Recommendation to Withdraw Reference in to Conduct Jury Trial